UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY<br>COMPANY and NEW YORK MARINE &<br>GENERAL INSURANCE CO., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | Case No. 4:11CV809 JAR |
| CONTINENTAL CEMENT COMPANY,<br>L.L.C., SUMMIT MATERIALS, L.L.C., and<br>THE UNITED STATES ARMY CORPS OF<br>ENGINEERS, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Starr Indemnity & Liability Company and New York Marine & General Insurance Company's (collectively "Starr") Emergency Motion for Ex Parte Order, Prompt Hearing and to Preserve Evidence ("Motion"; ECF No. 129). After a conference call with the parties,

**IT IS HEREBY ORDERED** that Plaintiff Starr Indemnity & Liability Company and New York Marine & General Insurance Company's Emergency Motion for Ex Parte Order, Prompt Hearing and to Preserve Evidence [129] is **GRANTED**, in part, and **DENIED**, in part.

**IT IS FURTHER ORDERED** that Continental Cement Company and Summit Materials, L.L.C. keep Starr apprised of all plans to alter the Mark Twain barge, including any plans for removing the barge.

**IT IS FURTHER ORDERED** that, prior to any removal and/or destruction of the Mark Twain barge, Starr will have an opportunity to inspect the starboard #3 wingtank, and Starr will pay any and all reasonable costs associated with the inspection.

**IT IS FINALLY ORDERED** that the Plaintiffs' Motion is **DENIED** in all other respects.

Dated this 20th day of February, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE