UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY and NEW YORK MARINE & GENERAL INSURANCE CO., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) Case No. 4:11CV809 JAR |
| CONTINENTAL CEMENT COMPANY, L.L.C., SUMMIT MATERIALS, L.L.C., and THE UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Starr Indemnity & Liability Company and New York Marine & General Insurance Company's (collectively "Starr") Emergency Motion for Ex Parte Order, Prompt Hearing and to Preserve Evidence ("Motion"; ECF No. 129). After a conference call with the parties,

**IT IS HEREBY ORDERED** that Plaintiff Starr Indemnity & Liability Company and New York Marine & General Insurance Company's Emergency Motion for Ex Parte Order, Prompt Hearing and to Preserve Evidence [129] is **GRANTED**, in part, and **DENIED**, in part.

**IT IS FURTHER ORDERED** that Continental Cement Company and Summit Materials, L.L.C. keep Starr apprised of all plans to alter the Mark Twain barge, including any plans for removing the barge.

**IT IS FURTHER ORDERED** that, prior to any removal and/or destruction of the Mark Twain barge, Starr will have an opportunity to inspect the starboard #3 wingtank, and Starr will pay any and all reasonable costs associated with the inspection.

**IT IS FINALLY ORDERED** that the Plaintiffs' Motion is **DENIED** in all other respects.

Dated this 20th day of February, 2013.

                                                              JOHN A. ROSS
                                                              UNITED STATES DISTRICT JUDGE